Elizabeth C. Cooper, Individually and in Behalf of Mary Moore, Deceased, Appellant, v. James Moore, Jr., Individually and as Administrator, etc., of Mary

Moore, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

John Doherty, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.